[No. 36264-3-II.   Division Two.   July 2, 2008.]

*In the Matter of the Parentage of* K.A.M.

KENNETH ROBERT MERRITT, *Appellant*, v. DENISE JO ANDLOVEC, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 01-5-00045-4, Theodore F. Spearman, J. Pro Tem., entered April 6, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Penoyar, JJ.

[No. 36316-0-II.   Division Two.   July 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DION HERRING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03873-0, Stephanie A. Arend, J., entered April 27, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 36326-7-II.   Division Two.   July 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LORA ANN HASELMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-1-00013-8, George L. Wood, J., entered May 4, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Bridgewater, JJ.

[No. 36375-5-II.   Division Two.   July 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. A.R.W., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-8-00047-8, Jean A. Cotton, J. Pro Tem., entered April 19, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, J.; Quinn-Brintnall, J., dissenting.